# Order

Michigan Supreme Court
Lansing, Michigan

November 22, 2010

Marilyn Kelly,
Chief Justice

141521

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RILEY WALLACE EVANS,
        Defendant-Appellant.

SC: 141521
COA: 296576
Ingham CC: 08-000653-FC

_____/

On order of the Court, the application for leave to appeal the June 9, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

Clerk

p1115